UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
JEREMY G.,

        Plaintiff,

   v.

COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 22-1147

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 27th day of April, 2023;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action and the opportunity for a hearing, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

                                _____
                                Senior Judge Thomas J. McAvoy
                                United States District Court

The undersigned hereby consent to the form and entry of the within order.

                                CARLA B. FREEDMAN
                                United States Attorney

By:      s/ *Kristina Cohn*
          Kristina Cohn
          Special Assistant U.S. Attorney


          LAW OFFICES OF KENNETH HILLER

          s/*Justin Goldstein*

By:      Justin Goldstein
          Attorney for Plaintiff