# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jeremy Carley Graves**
        Plaintiff(s)

vs.                              CASE NUMBER: 5:22-cv-1147 (TJM/ML)

**Kilolo Kijakazi,**
**Acting Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDER ON CONSENT ORDER TO COMMISSIONER REMAND PURSUANT TO OF SOCIAL SECURITY, SENTENCE 4 OF 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable **Thomas J. McAvoy**, dated 4/27/2023.

DATED: April 27, 2023

*John Domurad*
Clerk of Court

s/Kathy Rogers
Deputy Clerk